# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MATTHEW SHERMAN PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 5:19-cv-00888-LCB-HNJ |
| IVAN PAVIROV, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on July 30, 2019, recommending this action be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b), as barred by the statute of limitations and for failing to state a claim upon which relief may be granted. (Doc. 32). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court and the time to file objections has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice as barred by the statute of limitations and for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** this August 27, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE